

ORDERED in the Southern District of Florida on January 8, 2019.

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 15-16000-BKC-JKO |
| LORENZO ANDREW ALLEN & JUANITA ALLEN, | In proceedings under Chapter 13 BROWARD DIVISION |
| DEBTORS. _____ / | |

**ORDER GRANTING MOTION FOR AUTHORIZATION FOR**
**DEBTOR TO SELL HOMESTEAD PROPERTY**

THIS CAUSE having come before the Court on January 7, 2019, on the Debtors' Motion for Authorization for Debtor to Sell Homestead Property (D.E. 104), and based on the record and being otherwise fully advised in the premises, it is therefore:

ORDERED AND ADJUDGED as follows:

1. The Debtor's Motion for Authorization to Sell Homestead Property is GRANTED.

2. The Debtors may sell the property commonly known as 6207 N.W. 66th Way, Parkland, FL 33067 and legally described as more particularly described as: The South 1/3 of the Northwest 1/4 of the Southwest 1/4 of the Northwest 1/4 of the Southwest 1/4 of Section 1, Township 48 South, Range 41 East, Broward County, Florida.  Subject to an Easement for ingress, egress and utilities over and across the East 25 feet thereof.  Also known as Lot 155-C

in Pine Tree Estates.

    3.  The sale of the foregoing property is contingent upon consent of the Lender.

    4.  Debtors will not impair the rights of the Lender in any manner and that Lender must be paid in full in order for Lender not to object to the proposed sale.

    5. The Debtors shall apply the proceeds to the purchase of a new homestead or place all proceeds in a segregated account for the timely purchase of a new homestead (if applicable).

    6.  The Trustee shall continue to make payments to all creditors under the confirmed plan until further order of the Court.

    7.  An order discharging the Debtors will be issued in the normal course upon completion of the confirmed plan (if applicable).

###

Submitted By:

Robert J. Bigge, Jr., Esq.,
Florida Bar # 906610
915 Middle River Dr, #401
Ft Lauderdale, FL 33304
(954)400-7322
email: brpa@biggerodriguez.com

Attorney Robert J. Bigge, Jr. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

| | | |
|---|---|---|
| Lorenzo & Juanita Allen<br>6207 NW 66 way<br>Parkland, FL 33067 | Robin R. Weiner, Trustee<br>(electronically) | Off ice of the US Trustee<br>(electronically) |
| The Bank of NY Mellon<br>ReShaundra Suggs, Esq.<br>(electronically) | Habitat II Condominium, Inc.<br>c/o Charles Otto, Esq.<br>(electronically) | Albertelli Law<br>POB 23028<br>Tampa, FL 33623 |
| Aldridge & Connors<br>1615 S. Congress Ave.<br>Ste. 200<br>Delray Beach, FL 33445 | Aldridge Pite LLP<br>3575 Piedmont Rd., NE., Ste 500<br>Atlanta, GA 30305 | Amerifinancial Solutio<br>POB 602570<br>Charlotte, NC 28260 |
| Atty General of the US<br>950 Pennsylvania Ave NW, #4400<br>Washington, DC 20530-0001 | Bk Of Amer<br>POB 982235<br>El Paso, TX 79998 | Broward Health coral Springs<br>1608 SE 3rd Ave<br>Fort Lauderdale, FL 33316 |
| Capital Management Services LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206 | Chase Card<br>POB 15298<br>Wilmington, DE 19850 | DPI of North Broward<br>POB 5047<br>Ft. Lauderdale, FL 33310-5047 |
| Dsnb Macys<br>911 Duke Blvd<br>Mason, OH 45040 | Focus Financial Servic<br>3800 S Congress Ave<br>Boynton Beach, FL 33426 | Gilbert & Caddy, P.A.<br>1720 Harrison St.<br>19th Floor, Penthouse B<br>Hollywood, FL 33020 |
| Golden & LaNeve<br>644 South East 4th Ave.<br>Fort Lauderdale, FL 33301 | Gulf Coast Collection<br>5630 Marquesas Cir<br>Sarasota, FL 34233 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101 |
| Kelsky Law<br>1250 S. Pine Island Rd.<br>Ste. 250<br>Plantation, FL 33324 | Melbalynn Fisher, Esq<br>Robertson Anschutz & Schneid PL<br>6409 Congress Ave., Ste 100<br>Boca Raton, Fl 33487 | Midland Credit Management<br>2365 Northside Dr., Ste 300<br>San Diego, CA 92108 |
| Nationstar Mortgage LLC<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX 75067 | North Broward Hospital<br>POB 932540<br>Atlanta, GA 31193 | Ocwen Loan Servicing L<br>1661 Worthington Rd Suite 100<br>West Palm Beach, FL 33409 |
| Online Collections<br>POB 1489<br>Winterville, NC 28590 | Portfolio Recovery<br>Attn: Bankruptcy<br>POB 41067<br>Norfolk, VA 23541 | Randall Gilbert, Esq<br>Gilbert & Caddy PA<br>1720 Harrison St, 19th floor PH-B<br>Hollywood, Fl 33020 |

| | | |
|---|---|---|
| Real Time Resolutions<br>5420 Lbj Freeway #1010<br>Dallas, TX 75240 | ReShaundra M. Suggs<br>500 S. Australian Ave., Ste 730<br>West Palm Beach, FL 33401 | Revenue Sys<br>2196 Main St<br>Dunedin, FL 34698 |
| Robertson, Anschutz & Schneid, P.L.<br>Bankruptcy Dept.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487 | Roger Morris & Ziegler<br>1401 E Broward Blvd<br>Ste 300<br>Fort Lauderdale, FL 33301 | Sams Club / GEMB<br>Attention: Bankruptcy Department<br>OB 103104<br>Roswell, GA 30076 |
| Savannah at Riverside CA<br>c/o Basulto, Robbins & Asc. LLP<br>14160 NW 77th Court Suite 22<br>Miami Lakes, FL 33016 | Sheridan Radiology<br>POB 45225<br>Fort Lauderdale, FL 33345 | Syncb/home Climate<br>C/o P.o. Box 965036<br>Orlando, FL 32896 |
| Syncb/rooms To Go<br>C/o P.o. Box 965036<br>Orlando, FL 32896 | Synchrony Bank<br>c/o Recovery Mngt Systems Corp<br>25 SE 2nd Ave, Ste 1120<br>Miami, FL 33131 | Timberoof Roofing Co. Inc.<br>4261 NW 74th Ave<br>Lauderhill, FL 33319 |
| US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132 | West Boca Medical Center<br>POB 830913<br>Birmingham, AL 35283 | |