UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                                CASE NO. 15-16000-BKC-JKO

LORENZO & JUANITA ALLEN,                                        In proceedings under Chapter 13
                                                                                              BROWARD DIVISION

                DEBTORS',
_____/

**CERTIFICATE OF MAILING ORDER GRANTING MOTION FOR AUTHORIZATION FOR DEBTOR TO SELL HOMESTEAD PROPERTY**

    I HEREBY CERTIFY that a true and correct copy of the **ORDER GRANTING MOTION FOR AUTHORIZATION FOR DEBTOR TO SELL HOMESTEAD PROPERTY** was furnished electronically and by U.S. Mail to the parties on the attached mailing list on this 9TH day of JANUARY, 2019, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Bigge & Rodriguez
    Attorneys for Debtor
    915 Middle River Drive
    Suite 401
    Fort Lauderdale, FL 33304
    (954) 400-7322
    (954) 400-5449 Fax

    *By: /S/ ROBERT J. BIGGE JR.*
        ROBERT J. BIGGE JR., ESQ
        Florida Bar No.: 906610

Lorenzo & Juanita Allen
6207 NW 66 way
Parkland, FL 33067

Robin R. Weiner, Trustee
(electronically)

Off ice of the US Trustee
(electronically)

The Bank of NY Mellon
ReShaundra Suggs, Esq.
(electronically)

Habitat II Condominium, Inc.
c/o Charles Otto, Esq.
(electronically)

Albertelli Law
POB 23028
Tampa, FL 33623

Aldridge & Connors
1615 S. Congress Ave.
Ste. 200
Delray Beach, FL 33445

Aldridge Pite LLP
3575 Piedmont Rd., NE., Ste 500
Atlanta, GA 30305

Amerifinancial Solutio
POB 602570
Charlotte, NC 28260

Atty General of the US
950 Pennsylvania Ave NW, #4400
Washington, DC 20530-0001

Bk Of Amer
POB 982235
El Paso, TX 79998

Broward Health coral Springs
1608 SE 3rd Ave
Fort Lauderdale, FL 33316

Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY 14206

Chase Card
POB 15298
Wilmington, DE 19850

DPI of North Broward
POB 5047
Ft. Lauderdale, FL 33310-5047

Dsnb Macys
911 Duke Blvd
Mason, OH 45040

Focus Financial Servic
3800 S Congress Ave
Boynton Beach, FL 33426

Gilbert & Caddy, P.A.
1720 Harrison St.
19th Floor, Penthouse B
Hollywood, FL 33020

Golden & LaNeve
644 South East 4th Ave.
Fort Lauderdale, FL 33301

Gulf Coast Collection
5630 Marquesas Cir
Sarasota, FL 34233

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Kelsky Law
1250 S. Pine Island Rd.
Ste. 250
Plantation, FL 33324

Melbalynn Fisher, Esq
Robertson Anschutz & Schneid PL
6409 Congress Ave., Ste 100
Boca Raton, Fl 33487

Midland Credit Management
2365 Northside Dr., Ste 300
San Diego, CA 92108

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

North Broward Hospital
POB 932540
Atlanta, GA 31193

Ocwen Loan Servicing L
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409

Online Collections
POB 1489
Winterville, NC 28590

Portfolio Recovery
Attn: Bankruptcy
POB 41067
Norfolk, VA 23541

Randall Gilbert, Esq
Gilbert & Caddy PA
1720 Harrison St, 19th floor PH-B
Hollywood, Fl 33020

| | | |
|---|---|---|
| Real Time Resolutions<br>5420 Lbj Freeway #1010<br>Dallas, TX 75240 | ReShaundra M. Suggs<br>500 S. Australian Ave., Ste 730<br>West Palm Beach, FL 33401 | Revenue Sys<br>2196 Main St<br>Dunedin, FL 34698 |
| Robertson, Anschutz & Schneid, P.L.<br>Bankruptcy Dept.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487 | Roger Morris & Ziegler<br>1401 E Broward Blvd<br>Ste 300<br>Fort Lauderdale, FL 33301 | Sams Club / GEMB<br>Attention: Bankruptcy Department<br>OB 103104<br>Roswell, GA 30076 |
| Savannah at Riverside CA<br>c/o Basulto, Robbins & Asc. LLP<br>14160 NW 77th Court Suite 22<br>Miami Lakes, FL 33016 | Sheridan Radiology<br>POB 45225<br>Fort Lauderdale, FL 33345 | Syncb/home Climate<br>C/o P.o. Box 965036<br>Orlando, FL 32896 |
| Syncb/rooms To Go<br>C/o P.o. Box 965036<br>Orlando, FL 32896 | Synchrony Bank<br>c/o Recovery Mngt Systems Corp<br>25 SE 2nd Ave, Ste 1120<br>Miami, FL 33131 | Timberoof Roofing Co. Inc.<br>4261 NW 74th Ave<br>Lauderhill, FL 33319 |
| US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132 | West Boca Medical Center<br>POB 830913<br>Birmingham, AL 35283 | |